UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID B. ECTOR,<br>  aka "Dave,"<br>  aka "Crush,"<br>  aka "Krush,"<br><br>    Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 1956(h)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)(ii)<br>21 U.S.C. § 841(b)(1)(A)(vi)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br><br>**FORFEITURE ALLEGATIONS** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, Cocaine, and Marijuana)**

1.    Between January 1, 2017 and February 20, 2024, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendant, **DAVID B. ECTOR,** did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with others, both known and unknown to the United States Attorney, to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidnyl] propanamide, commonly referred to as "fentanyl," a Schedule II controlled substance; five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a

detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(A)(ii), and 841(b)(1)(C).

**All in violation of 21 U.S.C. § 846.**

## COUNT TWO
### (Felon in Possession of a Firearm)

2. On or about February 20, 2024, in the Southern District of Ohio, the defendant, **DAVID B. ECTOR,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is a Smith and Wesson Shield 9mm firearm, bearing serial number #JHN1310 and a Kimber 4511 .45 caliber firearm, bearing serial number #K322423, and those firearms were in and affecting interstate commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT THREE
### (Conspiracy to Commit Money Laundering)

3. From in or around March of 2018, through in or around September of 2021, in the Southern District of Ohio and elsewhere, the defendant, **DAVID B. ECTOR**, did knowingly combine, conspire, and agree with other persons known and unknown to the United States Attorney to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the

2

proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**All in violation of 18 U.S.C. § 1956(h).**

## FORFEITURE ALLEGATION

4. The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

5. Upon conviction of the offenses alleged in this Information, the defendant, **DAVID B. ECTOR**, shall forfeit to the United States all his right, title, and interest in:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense in violation of 21 U.S.C. §§ 841, 846, and 860 as alleged in this Information, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, in accordance with 21 U.S.C. § 853(a)(1) and (2); and/or

    b. any firearms and ammunition involved in or used in any of the offenses alleged in this Information, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and/or

    c. any property, real or personal, involved in the offense in violation of 18 U.S.C. § 1956 as alleged in this Information, and any property traceable to such property, in accordance with 18 U.S.C. § 982(a)(1);

including, but not limited to, the following:

a. The following property seized on or about February 20, 2024, from the residence located at 814 South Champion Drive, Columbus, Ohio:

- A Smith and Wesson Shield 9mm firearm, bearing serial number JHN1310, with any attachments and all ammunition;

b. The following property seized on or about February 20, 2024, from the residence located at 6518 Shady Lake Court, Delaware, Ohio:

- An AR-15 DPMS Panther Arms .223 caliber rifle, bearing serial number F133160K, with any attachments and all associated ammunition;

- A Glock 27 .40 caliber firearm, bearing serial number CXG697, with any attachments and all associated ammunition;

- A Kimber 4511 .45 caliber firearm, bearing serial number K322423, with any attachments and all associated ammunition;

- A Smith & Wesson 9mm firearm, bearing serial number PDY8508, with any attachments and all associated ammunition;

- A Smith and Wesson 9mm firearm, bearing serial number NCK9689, with any attachments and all associated ammunition;

- Approximately $2,950.00 in United States Currency;

- A men's Cartier watch with diamonds;

- A men's Rolex watch with diamonds; and

- A women's diamond ring;

c. Real Property known and numbered as 814 South Champion Avenue, Columbus, Franklin County, Ohio, with all appurtenances, improvements, and attachments thereon, Record Owner: Erica Watson, which is legally described as:

Situated in the State of Ohio, County of Franklin, in the State of Ohio and in the City of Columbus

Being Lot Number Two Hundred Thirty Three (233), of Old Orchard Addition as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 5, page 170, Recorder's Office, Franklin County, Ohio.

4

        Parcel Number: 010-048915-00
        Also Known As: 814 S. Champion Ave., Columbus, OH 43206
        Prior Instrument #: 202111120206670

        but subject to all legal highways; and

d.    Real Property known and numbered as 478 Ryan Avenue, Columbus, Franklin County, Ohio, with all appurtenances, improvements, and attachments thereon, Record Owner: DBE ENTERPRISES LLC, Parcel Number 010-012025-00, which is legally described as:

        Situated in the County of Franklin, State of Ohio, and in the City of Columbus, and bounded and described as follows:

        Being part of the one-half acre of land out of the Northwest corner of a ten acre tract of land and more particularly described as follows:

        Beginning in the center of Ryan Avenue at a point opposite to the center of a road running East and West (now Walsh Avenue); thence Easterly in the center of said road to the line of James Wygant's land; thence along said Wygant's line in a Northerly direction to the land of Mrs. Eba: thence in a Westerly direction to the center of Ryan Avenue; thence Southerly in the center of Ryan Avenue to the place of beginning, being the same premises deeded to Jonathan Donley by Samuel F. Samuel and wife by deed dated December 17, 1884 and recorded in Deed Book Volume 172, page 34, Recorder's Office, Franklin County, Ohio, EXCEPTING 5 feet off the North end of said premises for alley purposes and being the premises deeded to Fred and Myrtle Donley by deed recorded in Deed Book Volume 1016, page 395, Recorder's Office, Franklin County, Ohio.

        EXCEPTING THEREFROM THE FOLLOWING DESCRIBED LOT off the North end of the 1/2 acre tract which was conveyed to Fred and Myrtle Donley to Callie M. Brooke by deed dated June 15, 1943 and recorded in Deed Book 1230, page 64; Beginning at an iron pipe in the East line of Ryan Avenue, 140.97 feet North of the Northeast corner of Ryan Avenue and Walsh Avenue; thence on a line at right angles to Ryan Avenue, East 99.42 feet to an iron pipe in the East line of an original 1/2 acre tract owned by the granters herein; thence with said East line, North 42.3 feet to an iron pipe in the South line of a 20 foot alley; thence with the Southerly line of said alley, Westerly 99.67 feet to an iron pipe in the East line of Ryan Avenue; thence with said East line of Ryan Avenue, South 35.28 feet to the place of beginning, and reserving 10 feet off the East end of the above described premises for utility and driveway purposes.

        Being also described in Survey Number 12,218 (of the Fred and Myrtle Donley tract at 458-478 Ryan Avenue, which is a part of Lot Number 33 of

M.L. Sullivant's Farm Lots prepared by R.E. Hecker, Registered Surveyor on June 7, 1943.

Being further described as follows:

Beginning at a point at the intersection of the centerline of Walsh Avenue (30 feet in width) and Ryan Avenue (30 feet in width); thence North 8 degrees 09 minutes West, with centerline of Ryan Avenue, 158.10 feet to a point in the centerline of Ryan Avenue; thence North 81 degrees 51 minutes East, on a line at right angles to the centerline of Ryan Avenue, 114.42 feet to an iron pipe in the East line of said Fred and Myrtle Donley tract; thence 5.8 degrees 09 minutes East, on a line parallel to the centerline of Ryan Avenue, 142.83 feet, passing an iron pipe at 127.70 feet at the point said East line intersects the Northerly line of Walsh Avenue to the centerline of Walsh Avenue; thence South 74 degrees 15 minutes West, with the centerline of Walsh Avenue, 115.43 feet to the place of beginning and containing 0.395 acre, or 17,216 square feet, more or less.

Commonly Known As: 478 Ryan Avenue, Columbus OH 43223
Prior Instrument #: 201809130124217.

## SUBSTITUTE ASSETS

6. If any of the forfeitable property described in this Information, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p) or as incorporated by 18 U.S.C. § 982(b) or 28 U.S.C. § 2461(c), to seek forfeiture of any other property belonging to the defendant, up to the value of the forfeitable property.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(a)(1) and (2), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

DOMINICK S. GERACE II
United States Attorney

*Emily Czerniejewski* (signature)

**EMILY CZERNIEJEWSKI (IL 6308829)**
**TIMOTHY D. PRICHARD (OH 0059455)**
Assistant United States Attorneys